| | |
|---|---|
| MIGUEL VERGARA, III, | UNITED STATES DISTRICT COURT |
| | WESTERN DISTRICT OF TEXAS |
| Plaintiff, | CASE NO.: 3:25-cv-00007 |
| v. | |
| AIRSTREAM, INC., | |
| Defendant, | |
| _____/ | |

## JOINT NOTICE OF RESOLUTION

Plaintiff, MIGUEL VERGARA, III, and Defendant, AIRSTREAM, INC., pursuant to this Court's Local Rule AT-4(g)(2), hereby provide notice to the Court that they have reached a resolution of all issues in the above referenced case, which will avoid the need for the Court to take any further action. The parties are currently drafting a settlement agreement and believe this action can be dismissed within forty-five (45) days.

WHEREFORE, the parties respectfully request that this action be placed on inactive status, that all deadlines be stayed, and for such further relief as this Court finds appropriate.

Date: January 17, 2025.                                              Respectfully submitted,

**TIMOTHY ABEEL & ASSOCIATES**                **TERRELL HOGAN, P.A.**

/s/ John Sczepanski[1]                                              /s/ Aleksas A. Barauskas
John Sczepanski, Esq.                                              Aleksas A. Barauskas, Esq.
Texas Bar No. 24128384                                          Attorney-In-Charge
john@timothyabeel.com                                         Texas Bar No. 24133051
1111 Katy Freeway, Suite 910                                233 East Bay Street, 8th Floor
Houston, TX 77079                                                  Jacksonville, Florida 32202
(888) 830-1474 (Telephone)                                   (904) 632-2424 (Telephone)
(888) 979-8403 (Facsimile)                                    (904) 632-0549 (Facsimile)
Attorney for Plaintiff                                                barauskas@terrellhogan.com
                                                                              bedard@terrellhogan.com

---

[1]   Electronic signature affixed with permission.

aharwood@terrellhogan.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed on January 17, 2025, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will cause a copy to be served by electronic mail on the following counsel for Plaintiff:

John Sczepanski, Esq.
Texas Bar No. 24128384
john@timothyabeel.com
1111 Katy Freeway, Suite 910
Houston, TX 77079
(888) 830-1474 (Telephone)
(888) 979-8403 (Facsimile)
Attorney for Plaintiff

/s/ Aleksas A. Barauskas
Aleksas A. Barauskas, Esq.