# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **MIGUEL VERGARA, III,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | No. 3:25-CV-00007-LS |
| | § | |
| **AIRSTREAM, INC.,** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Dismissal, the Court **DISMISSES** this action with prejudice. In connection therewith, the Clerk's Office shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 27, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**