# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MIGUEL VERGARA, III,** | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §  No. 3:25-CV-00007-LS |
| | § |
| **AIRSTREAM, INC.,** | § |
| | § |
| *Defendant*. | § |

## FINAL JUDGMENT

Consistent with its Order Dismissing Case entered today and Fed. R. Civ. P. 58, the Court enters this Final Judgment and dismisses this case with prejudice. The Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 27, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**